RECEIVED
AUG 1 6 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY ANNETTE RIDDLE FINDLEY | MISC. CASE NO. 6:17-mc-149 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Kelly Annette Riddle Findley, as Executor and Derivative Claimant; and Allison Elisabeth Riddle, as Derivative Claimant of the estate of Edsel K. Riddle, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 16th day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE